IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 22 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| JOSEPH WADE LONG, § | |
| Petitioner, § | |
| § | |
| v. § | 2:03-CV-0008 |
| § | |
| DOUGLAS DRETKE, Director, § | |
| Texas Department of Criminal § | |
| Justice, Institutional Division, § | |
| § | |
| Respondent. § | |

## ORDER OVERRULING OBJECTIONS,
## ADOPTING REPORT AND RECOMMENDATION,
## and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner JOSEPH WADE LONG, has filed a petition for writ of habeas corpus by a person in state custody attacking his conviction out of the 251st Judicial District Court of Randall County, Texas, for the felony offense of aggravated robbery. On June 3, 2005, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that such petition be denied. On June 20, 2005, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DENIED. Let judgment be entered accordingly.

IT IS SO ORDERED.

ENTERED this _22nd_ day of _June_ 2005.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE